[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 4, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-12532
Non-Argument Calendar

_____

D. C. Docket No. 01-00089-CR-ORL-28GJK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONALD RAY JORDAN,
a.k.a. Apple Head Ron,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 4, 2009)

Before BLACK, PRYOR and COX, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Ronald Ray Jordan, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Jordan's supervised release and sentence are **AFFIRMED**.